# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Michael J. Kelsey

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Loancare LLC

Newrez LLC

Ditech Financial LLC

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: [4] Yes [ ] No

(check one)

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| Name | Michael J. Kelsey | |
| Street Address | 67 Grove Avenue | |
| County, City | Morris County, East Hanover | |
| State & Zip Code | NJ 07936 | |
| Telephone Number | 973 386-9163 | |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Loancare LLC
Street Address: 3637 Sentara Way
County, City: Virginia Beach County, Virgina Beach
State & Zip Code: VA 23452

Defendant No. 2
Name: Newrez LLC
Street Address: 1100 Virginia Drive, Suite 125
County, City: Montgomery County, Fort Washington
State & Zip Code: PA 19034

Defendant No. 3
Name: Ditech Financial LLC
Street Address: 345 Saint Peter Street, Suite 600
County, City: Ramsey County, Saint Paul
State & Zip Code: MN 55102

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions    [X] Diversity of Citizenship
[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Violation of Truth In Lending Act, Real Estate Settlement Procedures Act, Fair Debt Collection Practices Act, Consumer Fraud Act and Predatory Lending, Consumer Finance Protection Bureau, Breach of Contract/Fraud, Lack of Standing to Foreclose.

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jersey__

Defendant(s) state(s) of citizenship _____

III.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur?  67 Grove Avenue, Morris County, East Hanover, NJ 07936

B.  What date and approximate time did the events giving rise to your claim(s) occur?  Plaintiff only became aware of the events giving rise to this claim starting on or about June 19, 2018, at approximately 10:26 AM, to present.

**What happened to you?**

C.  Facts: From 6/19/18 to present Defendant filed a Foreclosure Complaint against Plaintiff's property located at 67 Grove Avenue, East Hanover (Morris County), NJ 07936; reflecting Docket No. F-012792-18. Defendant had/has Lack of Standing to Foreclose on Plaintiff's property; Defendant had/has Breached any alleged Contract with the Plaintiff; and Defendant appears to be in violation of Federal Truth In Lending Act (TILA), Real Estate Settlement Procedures Act (RESPA), NJ Fair Debt Collection Practices Act, NJ Consumer Fraud Act and Predatory Lending, and/or violation of the Consumer Finance Protection Bureau.

**Who did what?**

Defendant filed a Foreclosure Complaint against Plaintiff's property. Defendant had/has Lack of Standing to Foreclose on Plaintiff's property, Breached any alleged Contract with Plaintiff, and Defendant appears to be in violation of TILA, RESPA, NJ Fair Debt Collection Practices Act, NJ Consumer Fraud Act/Predatory Lending, &/or the Consumer Finance Protection Bureau

**Was anyone else involved?**

Only the Plaintiff (Michael J. Kelsey) and the Defendants (Loancare LLC, Newrez LLC and/or Ditech Financial LLC) are involved to the best of Plaintiff's knowledge and belief.

**Who else saw what happened?**

My volunteer caregiver, Laurie Hein, saw what has happened and transpired since June 19, 2018 to present.

### IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Severe mental anguish, and pain and suffering. On-going mental health treatment has been necessary. Plaintiff has also suffered unnecessary financial burden/hardship due to the Defendant's court related foreclosure action against Plaintiff's property. Defendant had/has lack of standing to foreclose. Plainitff believes the Defendant does not possess the original Note (with actual signatures of both parties), be it the original Note, alleged Mortgage, and an Assignment of same permitting Defendant to have standing to assert its foreclosure claim against Plaintiff's property. Defendant never provided satisfactory evidence demonstrating Defendant is the holder of the Note. Additionally, Plaintiff disputes any amount claimed to be owed, in its entirety, due to Defendant's errors, inconsistencies, and Defendant changed terms within the alleged mortgage without Plaintiff's knowledge or consent.

### V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Plaintiff respectfully requests the Court to direct the Defendant and/or issue an Order directing Defendant to cease & withdraw the 6/19/18 to present Foreclosure Complaint against the Plaintiff; to direct the Defendant to provide satisfactory evidence demonstrating Defendant is the holder of the Note (with actual signatures of both parties); to direct Defendant to address all errors, inconsistencies, as well as, legal valid reason(s) why Defendant changed the terms within the alleged mortgage without Plaintiff's knowledge or consent; to direct Defendants to address all violations of, to include, but not limited to, TILA, RESPA, NJ Fair Debt Collection Practices Act, NJ Consumer Fraud Act and Predatory Lending, and/or Consumer Finance Protection Bureau; and to issue an Order notifying Defendant that since Defendant evidently changed the terms within the alleged mortgage loan without the Plaintiff's knowledge or consent, has resulted in possible fraud, which vitiates everything; as well as, Plaintiff does not believe Defendant is the holder of the Note (with actual signatures of both parties), resulting in Defendant having Lack of Standing to Foreclose on Plaintiff's property. Plaintiff seeks $1,500,000 in damages/fees/pain/suffering & such other relief as the court may deem just.

Continuation of Page 4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Michael J. Kelsey

- against -                                    **COMPLAINT**

Loancare LLC
Newrez LLC
Ditech Financial LLC

Continuation of Page 4

V.   Relief:

Plaintiff's monetary claim and/or requested compensation includes, but is not limited to, Irreparable Financial and Emotional Harm, Actual Damages, Mental Anguish, Pain and Suffering, Emotional Distress, any and all fees associated with Plaintiff's alleged/invalid Mortgage Loan Number 0033671751 and Docket Number F-012792-18, Negligence, Compensatory Damages, Consequential Damages, Punitive Damages, General Damages, Special Damages, Liquidated Damages, Aggravated Damages, Nominal Damages, any and all Legal Fees, any and all Court Fees, any and all Late Fees, any and all Foreclosure Fees, and/or any and all Sheriff Sales Fees; all of which are yet to be determined. Plaintiff seeks $1,500,000 of monetary compensation, and such other relief as the Court may deem just.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31st__ day of ____October_____, 2022

Signature of Plaintiff   Michael J Kelsey, pro se
Mailing Address     67 Grove Avenue
                    East Hanover (Morris County)
                    NJ 07936
Telephone Number    973 386-9163
Fax Number          973 386-9163, please call first
E-mail Address      NJLSH1023@cs.com

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of October, 20 22.

Signature of Plaintiff _Michael Kelsey_, Pro se
Mailing Address 67 Grove Avenue
East Hanover (Morris County)
NJ 07936
Telephone Number 973 386-9163
Fax Number *(if you have one)* 973 386-9163, please call first
E-mail Address NJLSH1023@cs.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Michael Kelsey_, pro se

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2022 OCT 31  P 2:04